JACKSON, *ex dem.* HOOKER, *against* MATHER.

J. A. SPENCER, for the defendant, moved for a re-taxation of costs. The plaintiff made affidavits, in order to move for a new trial, on newly discovered evidence; which was noticed for several successive terms, and placed on the calendar. The motion was finally abandoned. On taxing the costs, the commissioner treated the application as a special motion within the statute, (2 R. L. 15, 16,) and would not tax more than $1 25 for attorney and counsel fees in attending to argue.

*All enumerated motions are considered on the same footing as a case, for the purpose of costs. Accordingly, the same counsel and attorney's fees are allowable for attending to argue a motion for a new trial on the ground of newly dis-*

*D. B. Noxon*, contra, said the statute, (2 R. L. 15, 16,) covered evidence, as on a case. The motion for a new trial by reason of newly discovered evidence is an enumerated motion.

UTICA,
August, 1827.

Jackson
v.
Schauber.

giving a fee of $3 75, did not extend to a motion like the present on affidavit. It is confined to a case, properly so called.

*Curia. This is clearly an enumerated motion. The word *case* in the statute is not confined in meaning to a case settled by a judge. The statute doubtless refers to the distinction, well known when it passed, between calendar and other motions. We consider every enumerated motion as standing on the same footing with a case, for the purpose of costs. The words " special motion" in the statute, apply merely to non-enumerated motions.

Motion granted.